UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA DIAZ,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A. and NBS DEFAULT SERVICES, LLC,<br><br>    Defendant. | No. 1:16-cv-00619-DAD-JLT<br><br>ORDER TO SHOW CAUSE REQUIRING PLAINTIFF'S PERSONAL APPEARANCE<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE THIS ORDER ON PLAINTIFF |

It is hereby ordered that plaintiff Rita Diaz is to appear **personally** at the continued hearing on her counsel's motion to withdraw on Tuesday, August 16, 2016 at 9:30 A.M. in Courtroom 5 of the Robert E. Coyle United States Courthouse, 2500 Tulare St., Fresno, California and to show cause why that motion should not be granted. In the alternative, plaintiff Diaz may appear telephonically, but must contact her counsel, Arnak Azaryan and Romel Ambarchyan, to coordinate a telephonic appearance no later than Thursday, August 11, 2016, in order to do so. Plaintiff is also advised that if her attorneys' motion to withdraw is granted she will be responsible for prosecuting this action either by securing new counsel to substitute in on her behalf of by representing herself. If plaintiff elects the latter, she will be required to comply with the Federal Rules of Civil Procedure and the Local Rules of this court.
/////

The Clerk of Court is directed to serve this order on plaintiff Rita Diaz **personally by mail** at the below address which has been provided by her counsel:

Rita Diaz
13105 Williamsburg Place
Bakersfield, CA 93314

If plaintiff Rita Diaz no longer wishes to pursue this action but rather wishes to dismiss this action, she may advise the court of that desire.  If not, however, she must appear as ordered.  Any failure on Ms. Diaz's part to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **July 19, 2016**                                   /s/ Dale A. Drozd
                                                              UNITED STATES DISTRICT JUDGE