UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA DIAZ,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A. and NBS DEFAULT SERVICES, LLC,<br><br>    Defendant. | No. 1:16-cv-00619-DAD-JLT<br><br>ORDER GRANTING PLAINTIFF'S COUNSEL'S REQUEST TO WITHDRAW<br><br>(Doc. No. 7)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO ABIDE BY THIS COURT'S ORDERS |

   This matter came before the court on plaintiff's counsel's request to withdraw as attorneys from this case. (Doc. No. 7.) A hearing on the motion was held on August 16, 2016. Attorney Arnak Azaryan appeared on behalf of plaintiff. Attorney Michael Rapkine appeared on behalf of defendant Wells Fargo. The court has considered counsel's request and, finding good cause, will grant the motion.

   Accordingly,

   1. Plaintiff's counsel's request to withdraw (Doc. No. 7) is granted;

   2. Attorneys Arnak Azaryan and Romel Ambarchyan are withdrawn as plaintiff's counsel of record from this case;

1

3. Plaintiff Rita Diaz is substituted in to represent herself, *pro se*, in this action;

4. Plaintiff Rita Diaz is also ordered to show cause why this case should not be dismissed due to her failure to prosecute this action and failure to abide by this court's order that she personally appear before this court on August 16, 2016. Plaintiff shall do so, (1) by contacting Courtroom Deputy Renee Gaumnitz at (559) 499-5650, or (2) by filing a written response addressing whether plaintiff intends to proceed in this case;

5. If no response is received by the court from plaintiff within thirty days of the date of this order, the court will dismiss this action due to plaintiff's failure to prosecute this action and failure to abide by this court's orders;

6. Attorneys Arnak Azaryan and Romel Ambarchyan are directed to forward this order to plaintiff Rita Diaz via email and to file a proof of service with the court within seven days of the date of this order reflecting that they did so; and

7. The Clerk of Court is directed to serve this order on plaintiff Rita Diaz personally by mail at the below address which has been provided by her counsel and which is believed to be her last known address:

> Rita Diaz
> 13105 Williamsburg Place
> Bakersfield, CA 93314

IT IS SO ORDERED.

Dated:   **August 16, 2016**                                    _____
                                                                                      UNITED STATES DISTRICT JUDGE