UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA DIAZ,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A. and NBS DEFAULT SERVICES, LLC,<br><br>  Defendant. | No. 1:16-cv-00619-DAD-JLT<br><br>ORDER DISMISSING THIS CASE FOR FAILURE TO PROSECUTE AND FAILURE TO ABIDE BY THIS COURT'S ORDERS |

On August 17, 2016, the court issued an order requiring plaintiff Rita Diaz to show why this case should not be dismissed due to her failure to prosecute this action and failure to abide by this court's order that she personally appear before this court on August 16, 2016. (Doc. No. 22.) Plaintiff was ordered to do so within thirty days from the date of that order. (*Id.* at 2.) The court attempted service of its order by mail to plaintiff's last known address and further directed her previous counsel to forward a copy of the court's order to plaintiff via email. (*Id.*; see also Doc. No. 23.) More than thirty days have passed, and plaintiff has not responded to the order to show cause or otherwise contacted the court.[1]

/////

---

[1] The court notes that on this and at least two prior occasions, orders mailed to plaintiff's Bakersfield address have been returned and marked as "undeliverable."

1

For the reasons set forth above,

1. This action is dismissed for plaintiff's failure to prosecute and failure to abide by this court's orders; and
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 6, 2016**  
                                                UNITED STATES DISTRICT JUDGE